# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136621

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TIMOTHY RONALD BROWN,
       Defendant-Appellant.

SC: 136621
COA: 283433
Oakland CC: 2007-213521-FH

_____/

      On order of the Court, the application for leave to appeal the April 14, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

l0915